IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                                    Case No. 3:15-cr-00070-MMH-MCR

ERICK ESTRADA-LOPEZ
                                       ____ Evidentiary
                                       ____ Trial
_____/     ____ Other

## AMENDED EXHIBIT LIST

| Ex. No.: | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Composite Exhibit Charts of Co-defendant's deposits |
| 2 | | | | Cesar Salgado Henao's Plea of Guilty and Negotiated Sentence |
| 3 | | | | Cesar Salgado Henao's State Court Information filed |
| 4 | | | | Cashier check from Defendant's bank |
| 5 | | | | E & S Group's identification information for Manuel Rodriguez |
| 6 | | | | Manuel Rodriguez's Driver's License and Permanent Resident Card |
| 7 | | | | Manuel Rodriguez's Social Security Card |
| 8 | | | | Composite Exhibit Photos of Porshe Cayenne |
| 9 | | | | Composite Exhibit Photos of Infiniti FX |
| 10 | | | | Polecam surveillance |
| 11 | | | | Interview of Manuel Rodriguez - Reno, NV |
| 12 | | | | Proffer notes from Avery Sander re: Cesar Salgado Henao |

Respectfully submitted,

TASSONE & DREICER, LLC.

/s/ Jesse Dreicer
JESSE DREICER, ESQUIRE
Fla. Bar No.: 47505
Attorney for Defendant
1833 Atlantic Boulevard
Jacksonville, FL  32207
(904) 396-3344
(904) 396-3349 (Facsimile)
jesse@tassonelaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Chip Corsmeier.

/s/ Jesse Dreicer
JESSE DEICER, ESQUIRE