IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

vs.   Case No. 3:15-cr-00070-MMH-MCR

ERICK ESTRADA-LOPEZ

_____ Evidentiary
_____ Trial
_____ Other

_____/

## DEFENDANT'S AMENDED WITNESS LIST

Defendant, Erick Estrada-Lopez respectfully submits the following list of witnesses that may be called in the Defendant's case-in-chief at the trial of this case.

1. Ana Garip

2. Avery Sander

Defendant reserves the right to call additional witnesses during the trial of this case, including in rebuttal, as appropriate under governing law.

**Respectfully submitted,
TASSONE & DREICER, LLC.**

/s/ Jesse Dreicer
**JESSE DREICER, ESQUIRE**
Fla. Bar No.: 47505
Attorney for Defendant
1833 Atlantic Boulevard
Jacksonville, FL 32207
(904) 396-3344
(904) 396-3349 (Facsimile)
jesse@tassonelaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Chip Corsmeier.

/s/ Jesse Dreicer

                                              JESSE DEICER, ESQUIRE