UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, \_\_\_\_\_
    Government\_\_\_\_\_

Case No. 3:15-cr-70-J-34MCR

v.

HEDAR KHLAF,

                        \_\_\_\_\_ Evidentiary
                        \_\_\_\_\_ Trial
    Defendant   X      X   Other-Sentencing

| | SENTENCING HEARING EXHIBIT LIST | |
|---|---|---|

| Exhibit Number | Date Admitted | Date Entered | Persons | Description |
|---|---|---|---|---|
| A | | | Khlaf, Medina, Public Record | Capital Auto Sales incorporation papers |
| B | | | Khlaf, Medina, Public Record | Medina surety bond as required to obtain an Auto Dealer License in the State of Florida |
| C | | | Khlaf, Medina, Public Record | Medina Motor Vehicle Dealer Applicant Training Program as required to obtain an Auto Dealer License in the State of Florida |
| D | | | Khlaf, Medina, Public Record | Medina application for the Auto Dealer License required paperwork |
| E | | | Khlaf, Medina, Public Record | Wilfrido Duran resignation from Capital Auto Sales, Inc. |
| F | | | Khlaf, Medina, Public Record | Franklin Lora resignation from Capital Auto Sales, Inc. |
| G | | | Khlaf, Medina, Public Record | Manuel "Alex" Rodriguez official removal paperwork as an auction representative for Capital Auto Sales, Inc.  Submitted by Eduardo Medina |
| H | | | Khlaf, Public Record | Capital Motors LLC incorporation paperwork |

| | | | | | |
|---|---|---|---|---|---|
| I | | | | Khlaf, Public Record | Purchase of property located on 10920 Atlantic Boulevard to be operated as Capital Motors LLC |
| J | | | | Khlaf, Public Record | 8300 form filed by Capital Motors LLC |
| K | | | | Khlaf, Medina, Public Record | Interest Purchase Agreement between Khlaf and Medina |
| L | | | | Khlaf, Public Record | Commercial Mortgage and Security Agreement |
| M | | | | Khlaf, Public Records | Annual Report for Capital Motors LLC reflecting Khlaf as sole owner |
| N | | | | Khlaf, Public Record | Khlaf certificate of completion of the FIADA pre-licensing course for the first time since becoming sole owner as required to obtain an auto dealer license in the State of Florida |
| O | | | | Khlaf, Public Record | Khlaf's Corporate Update for the Motor Vehicle Dealer License |
| P | | | | David Newsome | August 8, 2016 report from Newsome Investigations |
| Q | | | | Stipulation | Government's discovery document bate stamp 0104 VIN history of DHSMV |
| R | | | | Newsome, Digiacomo | August 4, 2016 report from Newsome Investigations |
| S | | | | Newsome, Paolini | August 8, 2016 report from Newsome Investigations |
| T | | | | Paolini | Facebook photo |
| U | | | | Paolini | Facebook photo |
| V | | | | Stipulation | Government's discovery document bate stamp 0103 |
| W | | | | Stipulation | JT transcript Excerpt of Manuel Rodriguez testimony |

| | | | | |
|---|---|---|---|---|
| X | | | Khlaf, Public Record | Tinney Bill of Sale |
| Y | | | Khlaf, Public Record | Hundemann Bill of Sale |
| Z | | | Khlaf | Hundemann ledger |
| AA | | | Khlaf, Public Record | Silverado Title History |
| BB | | | Khlaf, Public Record | Silverado Registration History |
| CC | | | Khlaf | Photographs of Khlaf with his son |

**STONE LOCKETT, PA**

S/Mitchell A. Stone_____
**MITCHELL A. STONE**
Florida Bar No.: 797121
1548 The Greens Way, Suite 2
Jacksonville Beach, Florida 32250
904-858-9818
Attorney for Defendant
Email: mitch@stonelockett.com

I HEREBY CERTIFY that on the 14th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Chip Corsmeier, U.S. Attorney's Office.

**STONE LOCKETT, PA**

S/Mitchell A. Stone_____
**MITCHELL A. STONE**
Florida Bar No.: 797121
1548 The Greens Way, Suite 2
Jacksonville Beach, Florida 32250
904-858-9818
Attorney for Defendant
Email: mitch@stonelockett.com

I HEREBY CERTIFY that on the 14th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Chip Corsmeier, U.S. Attorney's Office.

          **STONE LOCKETT, PA**

          S/Mitchell A. Stone
          **MITCHELL A. STONE**
          Florida Bar No.: 797121
          1548 The Greens Way, Suite 2
          Jacksonville Beach, Florida 32250
          904-858-9818
          Attorney for Defendant
          Email: mitch@stonelockett.com