# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

## CASE NUMBER: 3:15-CR-00070-MMH-MCR

UNITED STATES OF AMERICA

Plaintiff,

**v.**

CHRISTIAN MAGLIANO,

Defendant.

_____/

## DEFENDANT'S WITNESS LIST

**COMES NOW** the Defendant, CHRISTIAN MAGLIANO, by and through his undersigned counsel and files this Witness List for his sentencing hearing scheduled for April 19, 2017:

1. Amanda Duran (Defendant's wife).
2. Violeta Aizpurua (Defendant's mother)

        Respectfully submitted by:

        **/s/ Frank A. Prieto**
        FRANK A. PRIETO, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this **18th day of April, 2017**, I electronically filed the foregoing document with Clerk of Court using CM/ECF.

/s/ Frank A. Prieto
Frank A. Prieto, Esquire
Florida Bar Number: 514071
One Northeast 2nd Ave. Suite 200
Miami, FL 33132
Phone: 305-577-3440
Fax:    305-358-2503
Email:  frank@frankprietolaw.com